**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2021 SEP 29  PM 2: 16

DEPUTY CLERK_____ mb

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | |
| SHANE HOLTON | 3-21CR0482-B |

## INDICTMENT

The Grand Jury charges:

<u>Count One</u>
Possession of an Unregistered Firearm Silencer
(Violation of 26 U.S.C. §§ 5841, 5845(a)(7), and 5861(d))

On or about June 30, 2021, in the Dallas Division of the Northern District of Texas, the defendant, **Shane Holton**, did knowingly possess a firearm silencer, as defined in 18 U.S.C. § 921(a)(24), each further described as

(1)  a metal cylindrical device measuring approximately 11 inches in overall length, with an outside diameter of approximately 1-1/2 inches at its major diameter, bearing no manufacturer markings or serial number;

(2)  a metal cylindrical device measuring approximately 11-1/2 inches in overall length, with an outside diameter of approximately 1-3/4 inches at its major diameter, bearing no manufacturer markings or serial number; and

(3)  a metal cylindrical device measuring approximately 6 inches in overall length, with an outside diameter of approximately 1-1/4 inches at its major diameter, bearing no manufacturer markings or serial number;

which were not registered to the defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. §§ 5841, 5845(a)(7), and 5861(d), the penalty for which is found at 26 U.S.C. § 5871.

Indictment—Page 2

Forfeiture Notice
(26 U.S.C. § 5872 and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One of this Indictment, and pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), the defendant, **Shane Holton**, shall forfeit to the United States of America any firearm involved or used in the commission of the offense, including but not limited to the following:

(1) a metal cylindrical device measuring approximately 11 inches in overall length, with an outside diameter of approximately 1-1/2 inches at its major diameter, bearing no manufacturer markings or serial number;

(2) a metal cylindrical device measuring approximately 11-1/2 inches in overall length, with an outside diameter of approximately 1-3/4 inches at its major diameter, bearing no manufacturer markings or serial number; and

(3) a metal cylindrical device measuring approximately 6 inches in overall length, with an outside diameter of approximately 1-1/4 inches at its major diameter, bearing no manufacturer markings or serial number.

A TRUE BILL:

*Natalie Wilson*
FOREPERSON

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

*Melanie Smith*
MELANIE SMITH
Assistant United States Attorney
Virginia Bar No. 82663
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8723
Facsimile: 214-659-8805
Email: melanie.smith@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

SHANE HOLTON

INDICTMENT

26 U.S.C. §§ 5841, 5845(a)(7), and 5861(d)
Possession of an Unregistered Firearm Silencer
(Count 1)

26 U.S.C. § 5872 and 28 U.S.C. § 2461(c)
Forfeiture Notice

1 Count

A true bill rendered

DALLAS                                                         FOREPERSON

Filed in open court this 29 day of September, 2021.

----

**Warrant to be Issued - In State Custody**

----

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending